Entered: October 22nd, 2026

Signed: October 22nd, 2026

**SO ORDERED**

Maria Ellena Chavez-Ruark

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **26−21697 − MCR** Chapter: **13**

**Kristen M Bach**
Debtor

## ORDER ON APPLICATION TO PAY IN INSTALLMENTS AND DIRECTING DEBTOR TO PAY FILING FEE

IT IS ORDERED that the debtor shall pay the filing fee in installments according to the following schedule. Payments can be made earlier than the schedule, however, the full amount of the filing fee must be paid by no later than January 20, 2027 or the case may be dismissed without further notice. If the initial installment was not made at the time of filing the petition, the debtor has fourteen (14) days from the entry of this order to make that first payment.

| | Paid At Time Of Filing | By 11/23/26 | By 12/21/26 | By 1/20/27 |
|---|---|---|---|---|
| **Amount of Installment Chapter 13** | $78.25 | $78.25 | $78.25 | $78.25 |

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not make further payments to an attorney or any other person for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006−1(a), the Clerk will accept payment from the debtor electronically or in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of the debtor's attorney of record. Checks or money orders should be sent to the Clerk's Office in Baltimore and made payable to Clerk, U.S. Bankruptcy Court. Cash payments may be made in person only at the Clerk's Office in Baltimore during regular business hours.

You can pay your filing fees with debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing−fees.

cc: Debtor
Attorney for Debtor − Daniel M. Press
Case Trustee − Rebecca A. Herr

**End of Order**

23x10 (rev. 09/01/2025) − TeAmoAmoes