**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| Kristen M Bach | : | **Case No.** 26-21697 |
| | : | |
| **Debtor.** | : | |
| | : | |

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND PLAN

PLEASE TAKE NOTICE that the Debtor is moving to extend her time to file her Schedules, Statements and Plan. Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland within fourteen (14) days from the date of this notice, setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, the Court may schedule a hearing on the objection. The Court may also rule upon the motion without a hearing based upon the pleadings filed. If no objections are filed, the Court may grant the requested relief without further notification. Anyone desiring any further information may communicate with the undersigned.

NOW COMES Kristen M Bach, debtor (the "Debtor"), through counsel, and respectfully moves for an extension of time until December 30, 2025, to file her Schedules, Statements and Plan. In support hereof, Debtor states as follows:

1. This Chapter 13 case was filed on October 22, 2026, in order to stop a foreclosure sale. Debtor's Schedules and Plan are due on November 5, 2026.

2. Debtor and her counsel have been working on gathering the required information and preparing the schedules and plan, but require additional time to complete them. As such, it has not been possible to complete the schedules in the 14 days allowed since filing.

3. The § 341 meeting is scheduled for December 3, 2026, so a two-week extension to November 19 would provide the information to the Trustee and interested creditors two weeks in

advance of the meeting, which should be a sufficient time to prepare.

4. Debtor's first plan payment would be due (without extension) on November 21, 30 days after filing, so the requested extension will not delay the commencement of payments under the plan.

WHEREFORE, Debtor respectfully requests an extension of time until November 19, 2026, to file her Schedules, Statements and Chapter 13 Plan.

Dated: November 5, 2026.

Respectfully submitted,

__/s/ Daniel M. Press ________

Daniel M. Press, Bar #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 5th day of November, 2026, I caused the foregoing Motion to be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Rebecca Herr, Trustee ecf@ch13md.com

_/s/ Daniel M. Press______________
Daniel M. Press

Label Matrix for local noticing
0416-0
Case 26-21697
District of Maryland
Greenbelt
Thu Nov 5 09:54:12 EST 2026

Allegany County Tax & Utility Office
701 Kelly Rd Ste 201
Cumberland, MD 21502-2887

Chessie FCU
PO Box 689
Cumberland, MD 21501-0689

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Gregory A Bach
120 Columbia St
Cumberland, MD 21502-1620

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Maryland Central Collection Unit
300 West Preston St
Baltimore, MD 21201-2307

Mayor & City Council of Cumberland
57 N Liberty St
Cumberland, MD 21502-2312

Mayor & City Council of Cumberland
67 N Liberty St
Cumberland, MD 21502

Michael S Cohen
213 Washington St
Cumberland, MD 21502-2826

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Kristen M Bach
120 Columbia St
Cumberland, MD 21502-1620

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alderson & Heavner PA
100 S Liberty St
PO Box 360

End of Label Matrix
Mailable recipients 12
Bypassed recipients 1
Total 13