**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Kristen M. Bach | ) | |
| | ) | No. 26-21697 |
| Debtor. | ) | Chapter 13 |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of November 2026, I caused the Schedules, Statement of Financial Affairs and Statement of CMI to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice as follows:

Rebecca A. Herr ecf@ch13md.com

Dated: November 19, 2026

Respectfully submitted,

__/s/ Daniel M. Press______

Daniel M. Press, Bar #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
703-725-7600
dan@danpress.us
Counsel for Debtor