**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | |
|---|---|
| **In re:**<br><br>**Kristen M. Bach,**<br><br>**Debtor.** | **Case Number: 26-21697**<br>**Chapter 13** |

## CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1. (Select A, B, or C):

_____ A. PLAN FILED WITH PETITION. This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix. *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.*]

_____ B. AMENDED PLANS ONLY INCREASING PAYMENTS: The amended Chapter 13 plan [filed herewith OR filed on _____________, 20___] , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

X C. ALL OTHER PLANS: This is to certify that on 11/19/2026, I caused

(i) the Chapter 13 plan [filed herewith OR filed on _________________, 20___] ; and

(ii) if applicable, the Order Denying Confirmation with Leave to Amend dated n/a______, 20___ [if (ii) is not applicable, place "N/A" in the blank];

to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list. (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2. *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

_____ I caused the Chapter 13 plan [filed herewith OR filed on _______________, 20 ______] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3. State address served and method of service. See Bankruptcy Rule 7004(h) if the party served is an insured depository institution. Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor: ________________________________
Person Served:
Title/Position:
Address: ________________________________
________________________________
City, State Zip: ________________________________
Method of Service: ________________________________
Date Served: ________________________________

Select A or B for the above-named creditor:

_____ A. A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan. I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

_____ B. No proof of claim has been filed for the lien or claim at issue.

3. _____ Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

_____ This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry ______.

I hereby certify that the foregoing is true and correct.
Dated: 11/19/26

/s/ Daniel M. Press
Debtor, Debtor's Attorney, or
Other Person Effecting Service

Label Matrix for local noticing
0416-0
Case 26-21697
District of Maryland
Greenbelt
Thu Nov 19 23:30:16 EST 2026

Allegany County Tax & Utility Office
701 Kelly Rd Ste 201
Cumberland, MD 21502-2887

Chessie FCU
PO Box 689
Cumberland, MD 21501-0689

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Gregory A Bach
120 Columbia St
Cumberland, MD 21502-1620

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Maryland Central Collection Unit
300 West Preston St
Baltimore, MD 21201-2307

Mayor & City Council of Cumberland
57 N Liberty St
Cumberland, MD 21502-2312

Mayor & City Council of Cumberland
67 N Liberty St
Cumberland, MD 21502

Michael S Cohen
213 Washington St
Cumberland, MD 21502-2826

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502-2880

Kristen M Bach
120 Columbia St
Cumberland, MD 21502-1620

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401-7623

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alderson & Heavner PA
100 S Liberty St
PO Box 360

End of Label Matrix
Mailable recipients 12
Bypassed recipients 1
Total 13